BRADLEY DELEHANTY, as Surviving Trustee for Certificate Holders of Guarantee No. 171038 of Bond and Mortgage Guarantee Company, Respondent, *v.* EUGENE R. HURLEY et al., Defendants, and COUNTY OF NASSAU, Appellant.

Submitted June 4, 1945; decided June 14, 1945.

*Marcus G. Christ, County Attorney (G. Burchard Smith* of counsel), for motion.

*Fred L. Gross* opposed.

Motion denied, with $10 costs and necessary printing disbursements on the ground that an appeal lies as of right.